**STATE of Maine**

v.

**Stephen BAILEY.**

Supreme Judicial Court of Maine.

Argued Sept. 9, 1986.
Decided Sept. 24, 1986.

Paul Aranson, Dist. Atty., and Steven Juskewitch (orally), Asst. Dist. Atty., Portland, for plaintiff.

Daniel Bates (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Stephen Bailey, on appeal from a judgment of the Superior Court, Cumberland County, challenges the sufficiency of the evidence to support the finding of guilt of criminal mischief with a dangerous weapon, 17–A M.R.S.A. §§ 806, 1252 (1983) and of two counts of reckless conduct with the use of a firearm, 17–A M.R.S.A. §§ 211, 1252(4), (5) (1983). The record discloses that the trier of fact rationally could have found every element of the crimes beyond a reasonable doubt. *See State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.